## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

MICHAEL LONG, JR.                                                                                          PLAINTIFF
ADC #128075

V.                                         NO: 4:12CV00647 BRW

DAVID L. REYNOLDS *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Plaintiff's complaint is DISMISSED.

2.       Plaintiff's claims against all Defendants other than Defendant David L. Reynolds are DISMISSED WITHOUT PREJUDICE.

3.       Plaintiff's claims against Reynolds are DISMISSED WITH PREJUDICE.

4.       All pending motions are DENIED AS MOOT.

5.       The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of December, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE