**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MICHAEL LONG, JR.                                                              PLAINTIFF
ADC #128075

V.                                    NO: 4:12CV00647 BRW

DAVID L. REYNOLDS *et al.*                                          DEFENDANTS

### <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant David L. Reynolds, and without prejudice in all other respects; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of December, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE